**Tewarner DAILEY**

v.

**UNITED STATES of America.**

No. 6065.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

Donald A. Klene, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and James C. Perrill, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, for the reasons stated in the trial court's memorandum opinion. D.C., 171 F. Supp. 744.

**Harold LeRoy MONTGOMERY**

v.

**C. H. LOONEY, Warden.**

No. 6066.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

Alfred P. Davis, Denver, Colo., for appellant.

Paul W. Cress, U. S. Atty., Oklahoma City, Okl., and Jack R. Parr, Asst. U. S. Atty., Edmond, Okl., and George Camp, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, since the court was convinced that the petitioner voluntarily entered his plea of guilty upon which the judgment of the lower court rests.

**Daniel Joseph CONNOLLY**

v.

**C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 6067.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

Richard B. Burns, Denver, Colo., for appellant.

Wilbur G. Leonard, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., and George E. Peabody, Asst. U. S. Atty., Wichita, Kan., for appellee.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed on ground appeal was moot.